# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE J. MCGILL and CHARLES MCGILL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.: 2:21-cv-00093-MCE-JDP<br><br>District Senior Judge: Hon. Morrison C. England, Jr.<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs JACQUELINE J. MCGILL and CHARLES MCGILL ("Plaintiffs") accepted Defendant FCA US, LLC's ("Defendant") Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on February 13, 2023 (ECF No. 18). Accordingly, the Clerk of Court is directed to enter a judgment in favor of Plaintiffs pursuant to the terms of the Rule 68 and to close the case.

**IT IS SO ORDERED.**

Dated:  May 30, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE