# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE J. MCGILL and CHARLES MCGILL,<br><br>            Plaintiffs,<br><br>     vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No.: 2:21-cv-00093-MCE-JDP<br><br>District Judge: Morrison C. England, Jr.<br><br>**ORDER** |

Plaintiffs JACQUELINE J. MCGILL and CHARLES MCGILL ("Plaintiff") and Defendant FCA US, LLC have agreed FCA will pay $31,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy Plaintiffs' reasonable fees, costs and expenses in the amount of $31,000.00. Payment is to be made to counsel for Plaintiffs within 60 days of entry of this Order.

**IT IS SO ORDERED.**

Dated:  June 26, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**[PROPOSED] JUDGMENT**